UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DOUGLAS V. DECINCES, <br><br> Defendant - Appellee, <br><br> and <br><br> F. SCOTT JACKSON; et al., <br><br> Defendants. | No. 15-50033 <br><br> D.C. No. 8:12-cr-00269-AG-1 <br> U.S. District Court for Central California, Santa Ana <br><br> **MANDATE** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES V. MAZZO, <br><br> Defendant - Appellant. | No. 15-50058 <br><br> D.C. No. 8:12-cr-00269-AG-5 <br> U.S. District Court for Central California, Santa Ana |

The judgment of this Court, entered December 22, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk